IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

LEE MADDEN,
ADC #136534                                                                                                    PLAINTIFF

v.                                           2:10CV00086JMM/JTK

CPL. FAULT, et al.                                                                                        DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Court Judge James M. Moody. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The detail of any testimony desired to be introduced at the

> hearing before the District Judge in the form of an offer of proof, and a copy, or the original, of any documentary or other non-testimonial evidence desired to be introduced at the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## **DISPOSITION**

Plaintiff, a state inmate proceeding pro se, seeks relief in a civil rights action pursuant to 42 U.S.C. § 1983, and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 (Doc. No. 1). Although plaintiff has submitted a declaration that makes the showing required by § 1915(a), his request to proceed in forma pauperis will be denied.

The Court is required to screen complaints seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. §1915(a). Additionally, the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g), provides that "[i]n no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on three (3) or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."

Plaintiff has exceeded his limit of three meritless causes of action. During plaintiff's

incarceration, he has filed more than nine 42 U.S.C. § 1983 complaints in this Court. Of these, at least four were dismissed as frivolous or for failure to state a claim.[1] In addition, the Court finds that plaintiff has not alleged any facts to indicate that he is under imminent danger of serious physical injury. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff Madden's request to proceed in forma pauperis (Doc. No. 1) is DENIED, and all other pending motions are DENIED as moot. Should plaintiff wish to continue this case, he shall submit the statutory filing fee of $350 to the Clerk, noting the above case style and number within ten (10) days of the date of this Order, along with a motion to reopen the case. Upon receipt of the motion and full payment, the case will be reopened. The case is therefore dismissed without prejudice.

IT IS SO ORDERED this 8th day of July, 2010.

_____
United States Magistrate Judge

---

[1] Madden v. Jackson, 5:08cv00090SWW (dismissed for failure to state a claim on April 29, 2008); Madden v. Norris, 5:09CV00200WRW (dismissed for failure to state a claim on July 23, 2009); Madden v. Arkansas Dep't of Corr., 5:09cv00175JMM (dismissed for failure to state a claim on August 24, 2009); and Madden v. USA, 4:09cv00648JMM (dismissed as frivolous and for failure to state a claim on September 8, 2009).