IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

LEE MADDEN,
ADC #136534                                                                               PLAINTIFF

v.                                   2:10CV00086JMM/JTK

CPL. FAULT, et al.                                                                      DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that plaintiff Madden's request to proceed in forma pauperis (Doc. No. 1) is DENIED, and all other pending motions are DENIED as moot. Should plaintiff wish to continue this case, he shall submit the statutory filing fee of $350 to the Clerk, noting the above case style and number within ten (10) days of the date of this Order, along with a motion to reopen the case. Upon receipt of the motion and full payment, the case will be reopened.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from any Order adopting these Recommendations would not be taken in good faith.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 27th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE