IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

LEE MADDEN,
ADC #136534                                                                                    PLAINTIFF

v.                                         2:10CV00086JMM/JTK

CPL. FAULT, et al.                                                                           DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice. The relief sought is denied.

The Court hereby certifies, pursuant to 28 U.S.C. § 1983(a)(3), that an in forma pauperis appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

IT IS SO ADJUDGED this 27th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE